IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY MEDLEY | : | CIVIL ACTION |
| v. | : | |
| COUNTY OF MONTGOMERY | : | NO. 12-1995 |

### ORDER

**AND NOW**, this 16th day of July, 2012, upon consideration of Defendant's Motion to Dismiss (Docket No. 3), and all documents submitted in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion is **GRANTED** as to Count I and Count III, and those counts are **DISMISSED**.

2. Defendant's Motion is **DENIED** as to Count II.

3. Defendant shall file an Answer to Plaintiff's Complaint within 20 days of the date of this Order.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.