IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY MEDLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF MONTGOMERY | : | NO. 12-1995 |

## ORDER

**AND NOW,** this 25th day of January, 2013, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 22), and Plaintiffs opposition thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED.**

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.